UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY W. ROY,<br>    Plaintiff,<br><br>    v.<br><br>CITY OF GARDNER, CHARLES J. MANCA,<br>Individually and in his Capacity as<br>Mayor of the City of Gardner, JAMES E.<br>DUFORT, Individually and in his<br>Capacity as Chief of Police for the<br>City of Gardner, and ROGER WRIGLEY,<br>Individually and in his Capacity as a<br>Sergeant for the Gardner Police<br>Department,<br>    Defendants. | Civil Action No.<br>01-40137-NMG |

ORDER

**GORTON, J.**

For the reasons set forth in a Memorandum to follow, defendants' motion to dismiss (Docket No. 4) is:

1) with respect to Counts I, III, IV, V, VI, VIII (as to malicious prosecution) and IX, **ALLOWED**; and

2) with respect to Counts II, VII, VIII (as to abuse of process) and X, **DENIED**.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated: September 30, 2002