UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY ROY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF GARDNER, CHARLES J. MANCA, individually and in his capacity as Mayor of the City of Gardner, JAMES DUFORT, individually and in his capacity as Chief of Police for the City of Gardner and ROGER WRIGLEY, Individually and in his official capacity as a Sergeant for the Gardner Police Department,<br><br>    Defendants, | CIVIL ACTION NO. 01-40137NMG |

## STIPULATION OF DISMISSAL

The parties to the above-captioned case hereby stipulate pursuant to Fed. R. Civ. P. 41 (a) (1) and 41(c) that this action, including any and all claims set forth in any and all pleadings, including all counter claims, cross claims and/or third party complaints, be dismissed with prejudice, without costs or attorney's fees, and with all rights of appeal being waived.

Plaintiff, Terry Roy,

By his attorney,

_____
Matthew Christensen, Esq.,
280 Main Street
Fitchburg, MA 01420
(978) 345-6624

BBO NO. 083050

Defendants, City of Gardner, Charles Manca
James Dufort, Roger Wrigley,
By their attorneys,

_____
James W. Simpson, Jr.,
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305
BBO# 634344